COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-310-CV

IN RE JOSEPH EARL WATSON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and prohibition and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus and prohibition is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL  A:  HOLMAN, J.; CAYCE, C.J.; and LIVINGSTON, J. 

LIVINGSTON, J. would grant.

DELIVERED:  November 27, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.